No. 296. RODLEY v. PEOPLE OF THE STATE OF CALIFORNIA. Error to the Supreme Court of the State of California. Motions to dismiss or affirm submitted November 4, 1901. Decided November 11, 1901. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Caldwell* v. *Texas*, 137 U. S. 692; *Oxley Stave Company* v. *Butler County*, 166 U. S. 648; *Powell* v. *Brunswick County*, 150 U. S. 433. *Mr. Tirey L. Ford* and *Mr. C. N. Post* for the motions. *Mr. George D. Collins* opposing.

---

No. 437. BISSERT v. HAGAN, WARDEN. Appeal from the Circuit Court of the United States for the Southern District of New York. Motions to dismiss or affirm submitted November 25, 1901. Decided December 2, 1901. *Per Curiam.* Final order affirmed, with costs, on the authority of *Storti* v. *Commonwealth of Massachusetts*, 183 U. S. 138; *Brown* v. *New Jersey*, 175 U. S. 172; *Markuson* v. *Boucher*, 175 U. S. 184, and cases cited. *Mr. Charles L. Le Barbier* for the motions. *Mr. Roger M. Sherman* opposing.

---

No. 76. CENTRAL OHIO RAILROAD COMPANY (AS REORGANIZED) v. MAHONEY. On a certificate from the United States Circuit Court of Appeals for the Sixth Circuit. Submitted November 27, 1901. Decided December 9, 1901. *Per Curiam.* Question certified answered in the negative, on the authority of *Gableman* v. *Peoria Railway Company*, 179 U. S. 335. *Mr. Hugh L. Bond, Jr.,* and *Mr. J. H. Collins* for the railroad company. *Mr. Thomas Ewing Steele* for Mahoney.